UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank,<br><br>Defendant. | Case No.  2:10-cv-0410 (MHT) |

ORDER STAYING ACTION

On June 25, 2010, defendant Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), filed its motion to dismiss the amended complaint in this action that had been filed by plaintiff The Colonial BancGroup, Inc. ("BancGroup").  The Court held a telephonic hearing on October 12, 2010 with respect to the FDIC-Receiver's motion (the "Hearing").

NOW, THEREFORE, with the consent of the parties, it is hereby ORDERED:

1.     All proceedings in this action are stayed until further order of the Court.  The motion to dismiss (doc. no. 21) is denied without prejudice and with leave to renew when the stay is lifted.

2.     This order is without prejudice to the right of either BancGroup or the FDIC-Receiver to seek an order from the Court lifting this stay of all proceedings in this action.

3. Each party's arguments and defenses are expressly preserved, including, without limitation, the FDIC-Receiver's defense of lack of subject matter jurisdiction and BancGroup's arguments in opposition thereto.

4. To the extent the stay is lifted and this matter proceeds to an adjudication on the merits of the complaint, discovery conducted in the *Colonial BancGroup, Inc. v. F.D.I.C.*, No. 2:10-cv-0198 (MHT) (M.D. Ala.) and *In re The Colonial BancGroup, Inc.*, No. 2:10-cv-0409 (MHT) (M.D. Ala.) may be used in this matter.

SO ORDERED this the 13th day of October, 2010.

    /s/   Myron H. Thompson
    United States District Judge

Consented to as to form:

The Colonial BancGroup, Inc.

By:   */s/ Rufus T. Dorsey, IV*

C. Edward Dobbs
Rufus T. Dorsey IV
Parker, Hudson, Rainier & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303
(404) 420-5550

Federal Deposit Insurance Corporation,
as Receiver for Colonial Bank

By:   */s/ Michael A Fritz, Sr.*

Michael A. Fritz, Sr.
michael@fritzandhughes.com
Fritz & Hughes LLC
7020 Fain Park Drive Suite 1

Montgomery, AL 36117
(334) 215-4422

John J. Clarke, Jr.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
(212) 335-4500