UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

------------------------------------------------------------x
:
**In re** : **Chapter 11**
:
**THE COLONIAL BANCGROUP, INC.,** : **(Bankr. Case No.  09-32303 (DHW))**
:
Debtor. :
:
------------------------------------------------------------x
:
:
**THE COLONIAL BANCGROUP, INC.,** :
:
Plaintiff, :
:
v. : Case No.  2:10-cv-00410-MHT-WC
: (Adv. Proc. No. 10-03018)
**FEDERAL DEPOSIT INSURANCE** :
**CORPORATION, AS RECEIVER FOR** :
**COLONIAL BANK,** :
:
Defendant. :
:
------------------------------------------------------------x

## JOINT STATUS REPORT

In accordance with the Court's order entered on October 14, 2010 [Doc. No. 40], plaintiff The Colonial BancGroup, Inc. ("BancGroup")[1] and defendant the Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), submit this Joint Status Report on whether the stay in the above-captioned adversary proceeding should be continued or dissolved.  The parties submit that, as of the date hereof, the Court's order staying the proceedings in this case should be continued and remain in effect.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Rufus T. Dorsey, IV certifies that he has the express permission and agreement of counsel for the FDIC-Receiver to affix his respective electronic signature hereon.

---

[1] On June 2, 2011, the Bankruptcy Court confirmed BancGroup's plan of liquidation.  The Debtor's affairs and disposition of its assets are now overseen by a plan trustee under that plan.

1994034_1

Respectfully submitted,

Dated: July 5, 2011

| /s/ Rufus T. Dorsey, IV | /s/ Michael A. Fritz, Sr. |
|---|---|
| C. Edward Dobbs | Michael A. Fritz, Sr. |
| ced@phrd.com | michael@fritzandhughes.com |
| Rufus T. Dorsey, IV | Fritz Hughes & Hill, LLC |
| rtd@phrd.com | 1784 Taliaferro Trail, Suite A |
| Parker, Hudson, Rainier & Dobbs LLP | Montgomery, AL 36117 |
| 1500 Marquis Two Tower | (334) 215-4422 |
| Atlanta, Georgia 30303 | |
| (404) 523-5300 | - and - |
| | |
| Attorneys for The Colonial BancGroup, Inc. | Thomas R. Califano |
| | John J. Clarke, Jr. |
| | Jeremy R. Johnson |
| | DLA Piper LLP (US) |
| | 1251 Avenue of the Americas |
| | New York, New York  10020-1104 |
| | Telephone:     212-335-4500 |
| | Facsimile:      212-335-4501 |
| | |
| | Attorneys for the Federal Deposit Insurance Corporation, as Receiver for Colonial Bank |

## **CERTIFICATE OF SERVICE**

The undersigned also certifies that a true and correct copy of the foregoing document was electronically served on July 5, 2011, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing, as listed below:

Benjamin I. Finestone (benjaminfinestone@quinnemanuel.com)

C. Edward Dobbs (ced@phrd.com)

David L. Elsberg (davidelsberg@quinnemanuel.com)

Dorman Walker (dwalker@balch.com)

Jeremy R. Johnson (jeremy.johnson@dlapiper.com)

John J. Clarke, Jr. (john.clarke@dlapiper.com)

Michael A. Fritz, Sr. (bankruptcy@fritzandhughes.com)

Michael D. Hynes (michael.hynes@dlapiper.com)

Thomas R. Califano (thomas.califano@dlapiper.com)

Spencer D. Stiefel (spencer.stiefel@dlapiper.com)

W. Clark Watson (cwatson@balch.com)

Dated: July 5, 2011

　/s/ Rufus T. Dorsey, IV

Attorney for The Colonial BancGroup, Inc.